UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NU LAI,

              Plaintiff,

    v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

              Defendant.

Case No. C16-1630-RJB-BAT

**ORDER**

The Court, having considered the stipulated motion for remand, Dkt. 15, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, **ORDERS**:

(1)    The Court adopts the Report and Recommendation (Dkt. 16).

(2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)    The Clerk shall send copies of this Order to the parties.

DATED this 28th day of March, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1